# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| GENTEX CORPORATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:19-cv-00901-JPS |
| TRAFFIC AND PARKING CONTROL CO., INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GENTEX CORPORATION.

Date: 06/19/2019

S/Paul M. Schoenhard
*Attorney's signature*

Paul M. Schoenhard
*Printed name and bar number*

McDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street NW
Washington, DC 20001
*Address*

pschoenhard@mwe.com
*E-mail address*

(202) 756-8223
*Telephone number*

(202) 756-8087
*FAX number*